BOYNTON GASOLINE CO., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket Nos. 18239, 19252. Promulgated January 19, 1928.

*Charles H. Garnett, Esq.*, for the petitioner.
*Granville S. Borden, Esq.*, for the respondent.

OPINION.

MILLIKEN: In *Boynton Gasoline Co.* v. *Commissioner*, 6 B. T. A. 434, we passed upon the identical question here presented and upon authority of the same, petitioner is entitled, in computing its n income for the years 1921 and 1922, to a deduction for the exhaustion of the contracts in question.

*Judgment will be entered on 15 days' n under Rule 50.*